IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN MARCETTI,

Plaintiff,

v.

MARIO DIRENZIO, et al.,

Defendants.

CIVIL ACTION
NO. 15-04676

FILED
JUL 11 2017
KATE BARKMAN, Clerk
By JL Dep. Clerk

**ORDER**

**AND NOW**, this 11th day of July 2017, upon consideration of Defendant Officer Raymond's Motion for Summary Judgment (Doc. No. 59), Defendant Officer Raymond's Statement of Undisputed Material Facts (Doc. No. 60), Defendants Pleacher and DeBridges' Motion for Summary Judgment (Doc. No. 61) and Exhibits (Doc. No. 62), Plaintiff's Response to the Motions for Summary Judgment (Doc. Nos. 70, 71), Defendants' Reply (Doc. Nos. 72, 75), and in accordance with the Opinion issued this day, it is **ORDERED** as follows:

1. Counts I and II of the Second Amended Complaint against Delaware County and Count III of the Second Amended Complaint in its entirety are **WITHDRAWN**;[1]
2. Defendant Officer Raymond's Motion for Summary Judgment (Doc. No. 59) is **GRANTED** with respect on the remaining Counts against him;
3. Defendants Pleacher and DeBridge's Motion for Summary Judgment (Doc. No. 61) is **GRANTED**;

[1] Plaintiff withdrew "all claims against Defendant Delaware County," as well as all of his "claims against Defendant Raymond in his official capacity," and "medical based care claim (Count I) against Defendant Raymond." (Doc. No. 71 at 12.)

4. Count I of the Second Amended Complaint (Doc. No. 42) alleging failure to provide medical care and treatment against Defendants Tim Pleacher and Ralph DiBridge is **DISMISSED**;
5. Count II of the Second Amended Complaint (Doc. No. 42) alleging cruel and unusual punishment against Defendants Tim Pleacher and Ralph DiBridge is **DISMISSED**;
6. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

Joel Slomsky

JOEL H. SLOMSKY, J.

ENTERED
JUL 12 2017
CLERK OF COURT